C. F. HARMS COMPANY, Respondent, v. CALVIN TOMKINS COMPANY, Respondent, and HYGRADE BUILDERS SUPPLY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.